IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 1:21-mj-00067-ZMF-1 |
| | * | |
| **KASH KELLY,** | * | |
| **Defendant** | * | |
| | * | |

ooOoo

**JOINT STATUS REPORT**

Defendant, Kash Kelly, by his undersigned counsel hereby respectfully submits the following Status Report. Discussions with the United States to attempt a non-trial resolution of the case are ongoing. Counsel will file another Joint Status Report on April 23, 2021. AUSA Emory Cole joins in this Report.

1. Mr. Kelly is charged by Criminal Complaint with two misdemeanor offenses arising out of his alleged conduct at the United States Capitol on January 6, 2021. *See* Complaint, (ECF 1, filed 1/15/21).

2. At his initial appearance on March 10, 2021, this Court scheduled a Preliminary Hearing for March 11, 2021.

3. After discussions with AUSA Cole, Mr. Kelly moved to continue the Preliminary Hearing to provide counsel the opportunity to attempt to reach a prompt non-trial resolution of the case.

4. Discussions with the Government to resolve the case are ongoing.

5.     Mr. Kelly is presently serving a federal sentence in an unrelated case so that his continued detention in this matter will not prejudice him as he will receive credit for the time he is serving.

WHEREFORE, Counsel propose to submit a Joint Status Report to the Court in another 30 days, on April 23, 2021 to allow for continued discussions with the Government in an attempt to reach a non-trial resolution of the matter.

Respectfully submitted,

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Consent Motion to Continue the Preliminary Hearing was served this 25th day of March, 2021 on all counsel of record via ECF.

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**