# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-MJ-67 (ZMF) |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KASH LEE KELLY,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant with government's attached viewing letter, dated April 26, 2021, in the above-mentioned case.

                                      Respectfully submitted,

                                      CHANNING D. PHILLIPS
                                      ACTING UNITED STATES ATTORNEY
                                      D.C. Bar No. 415793

By:    /s/ *Emory V. Cole*
           EMORY V. COLE
           Assistant United States Attorney
           PA. Bar Number 49136
           555 Fourth Street, N.W.
           Washington, D.C. 20530
           (202) 252-7692
           Emory.Cole@usdoj.gov

CERTIFICATE OF SERVICE

On April 28, 2021, a copy of the foregoing notice and attached viewing letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the viewing letter.

/s/ Emory V. Cole
Emory V. Cole
Assistant United States Attorney