# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-MJ-67 (ZMF) |
| **v.** | : | |
| **KASH LEE KELLY,** | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery in the above-mentioned case as outlined in the government's attached discovery letter dated August 5, 2021.

                                            Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            ACTING UNITED STATES ATTORNEY
                                            D.C. Bar No. 415793

By:     /s/ *Emory V. Cole*
           EMORY V. COLE
           Assistant United States Attorney
           PA. Bar Number 49136
           555 Fourth Street, N.W.
           Washington, D.C. 20530
           (202) 252-7692
           Emory.Cole@usdoj.gov

## CERTIFICATE OF SERVICE

On August 5, 2021, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

/s/ Emory V. Cole
Emory V. Cole
Assistant United States Attorney