

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

August 5, 2021

**<u>Via USAfx</u>**
Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391
(301) 854-0076 (fax)
chernan7@aol.com

      Re:    *United States v. Kash Lee Kelly*
               Case No. 21-MJ-67 (ZMF)

Dear Counsel:

      Pursuant to our discovery obligations, we are providing the following files via USAfx:

- All of the files listed on the attached index, which are part of the Kelly case file.

Among other things, this letter memorializes ongoing discovery that has been provided to you in the above-referenced matter.  By now, you are connected to the USA File Exchange ("USAfx" or "the Box").  As you are aware, there is a case-folder labeled, "Kash Kelly" and you and your paralegal have access to this case-folder and are able to download its contents.

      **I.**      **Discovery**

            A.      <u>Documents and Digital Files:</u>

      Discovery in the above mentioned case has been uploaded to the USA File Exchange ("USAfx" or "the Box") titled "Kash Kelly"  **Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 30 days or less.  It is therefore imperative that you download all discovery as soon as possible.**

      Note that all of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, the same files will be re-produced with bates-stamps at a later date. Nevertheless, we wanted

to provide you with we can at this time, as we wait for this processing to be finalized.

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| **USAfx** | 1 | <ul><li>IMAGE.zip</li><li>PDF.zip</li><li>TEXT.zip</li><li>Kelly_Volume01_Index.pdf</li><li>DATA.zip</li><li>NATIVE<ul><li>CAP01_<ul><li>000015<ul><li>CAP01_000015131</li><li>CAP01_000015134.jpg</li><li>CAP01_000015133.mp3</li><li>CAP01_000015131.html</li><li>CAP01_000015118.png</li><li>CAP01_000015117.png</li><li>CAP01_000015116.png</li><li>CAP01_000015115.png</li><li>CAP01_000015114.png</li><li>CAP01_000015113.png</li><li>CAP01_000015054.mp4</li><li>CAP01_000015053.png</li><li>CAP01_000015052.mp4</li><li>CAP01_000015051.png</li><li>CAP01_000015050.png</li><li>CAP01_000015049.png</li><li>CAP01_000015048.mp4</li><li>CAP01_000015047.mp4</li><li>CAP01_000015045.mp4</li><li>CAP01_000015043.png</li><li>CAP01_000015038.pdf</li><li>CAP01_000015037.mp4</li><li>CAP01_000015031.mp4</li><li>CAP01_000015030.mp4</li><li>CAP01_000015029.JPG</li><li>CAP01_000015028.mp4</li><li>CAP01_000015027.mp4</li><li>CAP01_000015026.WMA</li><li>CAP01_000015023.jpeg</li><li>CAP01_000015022.jpeg</li></ul></li></ul></li></ul></li></ul> | *2021-08-05* |

|  |  |  |  |
|---|---|---|---|
|  |  | <ul><li>CAP01_000015021.jpeg</li></ul><ul><li>CAP01_000015131<ul><li>Thumbdrive Kash Kelly Facebook Return Serial 17.1A8 and Serial25.1A12<ul><li>SanDiskSecureAccess Vault<ul><li>58</li><li>6b</li><li>e3</li><li>b9</li><li>61</li><li>35</li><li>desktop.ini</li><li>vault.ico</li><li>index.dat</li><li>keychain.dat</li><li>version.dat</li></ul></li><li>SanDiskSecureAccess Settings<ul><li>lock</li><li>filesystem.dat</li><li>config.dat</li></ul></li><li>SanDiskSecureAccess<ul><li>SanDisk_SecureAccess_QSG.pdf</li><li>DownloadSanDiskSecureAccess_Mac.pdf</li></ul></li><li>linked_media<ul><li>status_updates_10224392139655196.jpg</li><li>status_updates_10224392139255186.jpg</li><li>status_updates_10222017012727920.jpg</li><li>status_updates_10221257528122609.jpg</li><li>status_updates_10221257412359715.jpg</li></ul></li></ul></li></ul> |  |

|  |  |  |  |
|---|---|---|---|
|  |  | <ul><li>status_updates_10220418451985467.jpg</li><li>status_updates_10218604245673527.jpg</li><li>status_updates_10218604243833481.jpg</li><li>status_updates_10216940936344366.jpg</li><li>status_updates_10164635699095484.jpg</li><li>status_updates_10164486497475231.jpg</li><li>status_updates_10158165436023687.jpg</li><li>status_updates_4807166876024162.jpg</li><li>status_updates_3944017975692143.mp4</li><li>status_updates_3931689236864538.mp4</li><li>status_updates_3613338008785202.jpg</li><li>status_updates_3361578227286347.mp4</li><li>status_updates_2945986968964884.jpg</li><li>status_updates_2945868508976730.jpg</li><li>status_updates_2945868228976758.jpg</li></ul> |  |

|  |  |  | <ul><li><ul><li><ul><li>status_updates_1363698087303531.jpg</li><li>status_updates_1086293761809538.jpg</li><li>status_updates_755166142047092.jpg</li><li>status_updates_755158588714514.jpg</li><li>status_updates_691294194917418.png</li><li>status_updates_205086827884322.png</li><li>status_updates_151846553393800.png</li><li>shares_10224392139655196.jpg</li><li>shares_10224392139255186.jpg</li><li>shares_10216940936344366.jpg</li><li>shares_1086293761809538.jpg</li></ul></li><li>Facebook Return Zip File 2<ul><li>README.txt</li><li>preservation-1.html</li><li>index.html</li></ul></li><li>Facebook Return Zip File<ul><li>preservation-2.html</li><li>preservation-1.html</li><li>index.html</li></ul></li><li>SanDiskSecureAccessV3.01_win.exe</li><li>README.txt</li><li>preservation-1.html</li></ul></li></ul> |  |

| | | o   index.html | |
|---|---|---|---|

Please be advised that we anticipate providing additional discovery in this case.

      B.      <u>Government's Discovery Requests</u>

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;
(2) a <u>Jencks</u> request for all prior statements of any defense witness (excluding the defendant);
(3) a <u>Lewis</u> request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and
(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

      II.      **Contact Information**

If you have any questions about the information provided above, you may contact me by telephone, fax, or mail as provided below.

Emory V. Cole
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

      Respectfully,

      CHANNING D. PHILLIPS
      ACTING UNITED STATES ATTORNEY

By:    <u>/s/ Emory V. Cole</u>
        Emory V. Cole
        Assistant United States Attorney