IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Case No. 1:21-mj-00067-ZMF |
| | * | |
| KASH KELLY, | * | |
|     Defendant | * | |
| | * | |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing For Sixty Days, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Preliminary Hearing currently scheduled for September 24, 2021 is continued for good cause to November 22, 2021 at 2:00 p.m. before Magistrate Judge Meriweather; and it is further

**ORDERED** that the time between September 24, 2021 and November 22, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will give the defendant additional time to review the plea agreement and discuss it with his counsel.

Zia M. Faruqui
2021.09.24 18:13:01
-04'00'

**HONORABLE ZIA M. FARUQUI**
**United States Magistrate Judge**