IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 1:21-mj-00067-ZMF-1 |
| | * | |
| **KASH KELLY,** | * | |
| **Defendant** | * | |
| | * | |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act and Schedule a Change of Plea Hearing, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED IN PART; it is further

ORDERED that the currently scheduled preliminary hearing on May 24, 2022, be continued for good cause to June 24, 2022 at 1:00 p.m.; it is further

ORDERED that the time between May 24, 2022 and June 24, 2022, will be excluded from the calculation under the Speedy Trial Act, see to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to negotiate a potential pretrial resolution; and it is further

ORDERED that the request to schedule a change of plea hearing is taken under advisement as the Court requires additional information. The Court instructs the parties to supplement the motion to clarify whether the parties are seeking a plea hearing date before a District Court Judge or whether Defendant intends to consent to proceed before a randomly assigned Magistrate Judge for all purposes (including acceptance of a plea agreement and sentencing).

SO ORDERED.

The Honorable Robin M. Meriweather
United States Magistrate Judge